FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT E.D. N.Y.
★ DEC 2 6 2007 ★
P.M. _____
TIME A.M. _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BETHUNE DUNN and DEON GEORGE RAMBALLIE,

    Plaintiffs,

-against-

U.S. ATTORNEY GENERAL MICHAEL B. MUKASEY, U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. CITIZENSHIP & IMMIGRATION SERVICES DISTRICT DIRECTOR and EASTERN REGIONAL DIRECTOR,

    Defendants.
-----------------------------------------------------------------X

JUDGMENT
07-CV-5195 (CBA)

    An Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on December 20, 2007, denying plaintiff's motion seeking injunctive relief; and dismissing the case; it is

    ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that plaintiff's motion for injunctive relief is denied; and that the case is dismissed.

Dated: Brooklyn, New York
       December 21, 2007

                                          s/ RCH
                                          ROBERT C. HEINEMANN
                                          Clerk of Court